3290 NW 19th STREET
or
1413 NW 18th STREET
Ocala FL 34475

5:23-cv-252 SPC PRL

UNITED STATE DISTRICT COURT (A)

HEAVEN JEROME JR
    PLAINTIFF (SUA SPONTE)
        V
JAMES TARQUIN
    DEFENDANT

Complaint
~~~~~~~~~~~~~~~~~~~~~~~

② Civil Action  UNKNOWN FOR INEFFECTIVE COUNSEL ?

1. Lawyer Discipline (B)

⑩ the regulation of lawyers and punishment for misconduct. Lawyer discipline is the sum of the standards and actions of a variety of courts, bar associations, and commissions that collectively oversee the performance of lawyers in each jurisdiction, assessing complaints and leying penalties against lawyers who do not comply with the professional standards of the bar. Each court has an inherent power to discipline the attorneys who appear before it and to discipline lawyers according to the Oath each takes as an officer of the Court. Discipline by a court may include sanction with in a cause of action; a refusal to allow an attorney to appear, condition on appearance, an order of contempt of Court or a referral for prosection for contempt of Court, Each State has a body of Attorney discipline under the jurisdiction of the State's highest court or the state's bar which investigates and examines complaints against the conduct of individual lawyers. Discipline by such a body may include private or public warning reprimand or censure, suspension from the practice of law, or permanent revocation of the license to practice

DERIVATION: the goal of attorney discipline is to protect the public, as opposed to punishing the erring attorney

attorney and diminution in the public's confidence in the legal profession Att Grievance Comm'n of Md v Tanko, 969 A. 2d 1010, 1023 (Md. 2009)(Bell. C.J.)

[T]he law as a general rule, only rarely allows third parties to maintain a cause of action ~~against~~ against lawyer for the insufficiency of their legal opinions. In general, the law recognizes such suit only if the non-client plaintiff can prove that the attorney prepared specific legal document that represent explicity the legal opinion of the attorney preparing them, for benefit of the plaintiff. In practice, this rule has meant that an attorney is rarely liable to any third party of his or her legal work unless the attorney has prepared a signed "opinion letter" designed for the use of a third party Adell v Potomac INS Co. 858 F.2d 1164, 1124 - 1125 (5th Cir 1988) Vacated 492 US 914 (1989)

Canons of ETHICS (CODE of Professional Responsibility)
The basic principles of the Model of Professional Responsibilty. The canons of ethics are the board Statement of professional requirement in the ABA Model Code of Professional Responsibility as it was adopted in 1969 and sometimes amended. The ABA Code developed from 32 canons adopted by that association in 1908 although it was superseded in 1983 and has been replaced in many states. In those in which it remains in force a lawyer who violate a canon of ethics is liable for discipline before the supervisory authorites for lawyer in that jurisdiction, usually the bar.

Derivat... Canon 1. A Lawyer Should Assist in Maintaing the integrity of the Legal Profession

Canon 2. A Lawyer Should Assist Legal Profession in fulfillings its Duty to Make Legal Counsel Available

Canon 3. A Lawyer Should Assist in Preventing the ~~Unau~~ Unauthorized Practice of Law

Canon 4. A Lawyer should Reserve the Confidences and Secrets of a client

Canon 5. A Lawyer Should Exercise Independent Professional Judgement of behalf of a client.

Canon 6. A Lawyer Should represent a client Competently

Canon 7. A Lawyer Should Represant a Client Zealously WITHIN THE BOUNDS of the Law

Canon 8. A Lawyer Should assist in improving the Legal System

Canon 9. A lawyer Should Avoid Even the Appearance of Professional Impropriety. Model Code of Professional Responsibility

II    10. JAMES TARQUIN ATTORNEY OCALA FL 34475
PLAINTiff (C) District II appropriate Venue under 28 USC Sec 1391(B)2) Because it is where the event giving rise to cdAim occurred

11. Plaintff Jerome Heaven Jr Sua Sponte Currently in the Marion County Jail 3290 NORTHWEST 10 STREET OCALA FLORIDA. 34475

III   Defendant (D)

12. Defendant James Tarquin Attorney at Law Ocala, FL He is legally responsible for the operation of HIS law firm behind the federal Court house and for the welfare of the process

13. EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS (or) SHE OFFICIAL CAPACITY. AT ALL TIME MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER THE COLOR OF STATE / FEDERAL LAW

IV FACT(E)

14. TRESPASSING WITH WARNING BECAUSE I CAME INTO HIS OFFICE AND ASKED FOR THE PAPERWORK OF A LAW SUIT HE MADE A THIRD PARTY WITH WILLFUL CONSENT OF LEKISHA JOHNSON (LESHAE) BOYD. 9/25/80

15. LEKISHA LOST AN INDEX FINGER (HALF) IN THE FRONT MAIN ENTRANCE OF MARION COUNTY JAIL; 3 WORK ORDER AT THE TIME, 2 SURGERIES LOST A CHILD IN 1st SURGERY

16. IMMEDIATE RELEASE WITH TIME STILL TO SERVE ON A COUNTY JAIL SENTENCE APPROX 2 month or MORE, GOT IN THE EMERGENCY VEHICLE WITH HER IN BACK OF THE OLD BOOKING

17. I SIGNED ALL DOCUMENT FROM START ALL THE WAY UP TO GIVING JAMES TARQUIN ATTORNEY THE BANK ACCOUNT INFORMATION WHICH HE SAID THE JAIL WOULD PLACE 450 million DOLLAR, CALLED ME TO GO CHECK THE TELLER SAID THE CHECK WOULD CLEAR IN 7 to 10 WORKING DAY WHICH I placed $100 DOLLAR BY HIS ORDER TO START THE ACCOUNT

16. COUNTY JAIL AT HIS CLAIM gave Him trouble GETTING BACK TO SEE ME I GAVE ANNA JOYNER POWER OF ATTORNEY WHOM IS DECEASE NOW DECEASED TEMPORARY BECAUSE POWER IS REVOKED EITHER WAY NO SUCH THING AS PERMAMENT

17. WHEN JAMES CALLED LEKISHA LESHAE JOHNSON IN HOW HE HAD HER NUMBER I DO NOT KNOW ANNA JOYNER WAS ALIVE, ONE OF THE 2 THOUGHT I JEROME

HEAVEN. ALWAYS SHOULD BE THERE IN A OFFICE ON THE SQUARE WHERE TOLD HER LOOKING DIRECTLY DIRECTLY AT HER THAT HE WOULD WRITE THE CHECK AGAIN AT HER WISH WHEN SHE STARTED CRYING I IMMEDIATELY WAS DISTRACTED AND DID NOT REALIZE THEN WHAT HE WAS TELLING ME NOT HER ME. ANNA JOYNER LIKE NOW WAS NO WHERE IN SIGHT. SHE SAID NO WE LEFT.

18. ANNA JOYNER THEN PLACED $1000⁰⁰ IN MY ACCOUNT CREDIT UNION AND CANCELLED THE CHECK TO MAKE SURE FOR A TIME SUCH AS THIS.

19. RESENTLY I THOUGHT ABOUT AND ASK LEKISHA WHAT HAPPEN SHE SAID SHE NEVER GOT BACK ANYTHING NOT REALIZING I WAS THERE WHEN HE TOLD HER THE MONEY GOT PAID OUR SON TOLD ME THINGS ABOUT MONEY BEING IN KERON GRAHAM NAME AND LEKISHA MOVING TO GA.

20. BECAUSE I HAVE A INCARCERATION PROBLEM TIME WENT ON, I NOW KNOW FOUL PLAY IS AND HAS BEEN IN THE MIX NOT KNOWING WHOM IS WHO FEAR IS NOT OF GOD HERE WE ARE.

21. INSTEAD OF GOING TO THE BANK WITHOUT HER KNOWING I TEXTED ON FACEBOOK "DO you want go See what happen with the SUN TRUST BEING Morally a good father to my son in a sense not wanting leave Lekisha the blind "her words were Im living my best life. I went and there no trace of the account?

(F) LEGAL CLAIM - FRUADULENT DOCUMENT, LOST WAGES, CRUEL AND USUALL PUNISHMENT. INEFFECTIVE COUNSEL

V. PRAYER FOR RELIEF

(a) Wherefore plaintiff respectfully prays that this Court enter judgement grant plaintiff:

22. A declaration that the acts and omission described herein Violated Plaintiff right Under the Constitution and Law of the United States

23. A preliminary and permanent injunction ordering Defendant ~~over~~ James Tarquin to please be able to continue practicing Law I pray that HE BE ABLE TO CONTINUE PRACTICING LAW HOWEVER ALLOW THE TRESPASSING WARNING TO BE LIFTED IMMEDIATELY BECAUSE HE SHALL BE A FAMILY LAWYER UNTIL

24. Compensatory damages Everything paid out to whom ever needs to be liquidated immediately AND GIVEN TO JAMES TARQUIN No HIM AND UNITED STATES AND JEROME HEAVEN JR

25. punitive damage THEN I JEROME HEAVEN JR WOULD BE INTERESTED THE DEAL HE VERBALLY MADE MINUS $200 million = $250 million in damages of the lost of my child in the situation. Child Support License court cost and fine all paid in full immediately

26. Any additional relief this court deem just proper and equitable

DATE 4/14/2023 (H)

Respect fully Submitted

Heaven Jerome Jr

Verification (t)
   I have read the foregoing complaint and here by Verify that the matter alleged there are true except as to matter alleged on information and belief as to those I believe them to be true I certify under the penalty of perjury that the foregoing is true and Correct $3 92.525
      EXECUTED AT OCALA MARION COUNTY JAIL