UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEROME HEAVEN, JR.,

    Plaintiff,

v.                                     Case No: 5:23-cv-252-SPC-PRL

JAMES P TARQUIN,

    Defendant.

**ORDER**[1]

Plaintiff, a detainee of the Marion County Jail, is proceeding pro se. Plaintiff filed a Complaint (Doc. 1), in which he alleges he received a trespass warning because he entered Defendant James Tarquin's law office to ask for paperwork regarding a lawsuit. Plaintiff requests the trespass warning be lifted and he be awarded damages.

Plaintiff is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983 (against state or local officials). *See* Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information regarding the defendants a plaintiff intends to

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests. Here, Plaintiff has not provided the Court with all the information required by the civil rights complaint form.

Plaintiff is further advised that all requests for relief must be in the form of a pleading or a motion and must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Plaintiff a civil rights complaint form, instructions, and an application to proceed *in forma pauperis* (prisoner filings) form. If Plaintiff chooses to refile his claims, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In initiating such a case, Plaintiff should either file a fully completed application to proceed *in forma pauperis* (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** at Fort Myers, Florida, this 24th day of April 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: Pro Se Parties, Counsel of Record